```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

JEFFERY WHITE,                          :
                                        :
    Plaintiff,                         :
                                        :
vs.                                     :     CIVIL ACTION 11-0028-M
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,        :
                                        :
    Defendant.                         :

### JUDGMENT

    It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Jeffery White.

    DONE this 29th day of February, 2012.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE